## STATEMENT OF FACTS

On August 20, 2013, members of the Metropolitan Police Department's, Narcotics Special Investigations Division's, Gun Recovery Unit along with Special Agents from the Bureau of Alcohol, Tobacco, Firearms and Explosives executed a search warrant at the one bedroom apartment where defendant Daniel Carney lived with his girlfriend. The apartment is located at 405 Orange Street, S.E., Apt. #31, Washington, D.C. The officers forced entry into the apartment and saw the girlfriend walk out of the bedroom followed by the defendant. When the defendant came out of the bedroom he immediately walked into the bathroom. After several seconds the defendant came out of the bathroom and was detained. The officers went into the bathroom and recovered a plastic wrap that contained 20 grams of crack from the toilet. During a search of the apartment the officers recovered a Glock 17 9mm pistol from the pocket of a man's vest that was hanging in the bedroom closet. An extended magazine for that pistol that contained 18 rounds of ammunition was recovered in the living room. The defendant gave a post rights video statement admitting that the gun and drugs was his and that his girlfriend didn't know anything about them. A portion of the white rock like substance field tested positive for cocaine base. The approximate weight of the narcotics recovered indicated that the narcotics were going to be sold to others rather than used exclusively by the defendant.

_____
OFFICER HERBERT LEBOO
METROPOLITAN POLICE DEPARTMENT
NARCOTICS SPECIAL INVESTIGATIONS
DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF AUGUST, 2013.

_____
U.S. MAGISTRATE JUDGE